IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARION C. BENNETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | NO. 16-288 |

## ORDER

**AND NOW**, this 27th day of February, 2017, upon consideration of Plaintiff's Memorandum of Law in support of her Request for Review (Docket No. 9), Defendant's Response thereto, Plaintiff's Reply Brief, the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Docket No. 20), to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review is **GRANTED**, and the decision of the Commissioner of Social Security is **REVERSED**, to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report.

3. **JUDGMENT IS ENTERED** in favor of Plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.